Mark B. French
State Bar No. 07440600
Law Office of Mark B. French
1901 Central Drive, Suite 700
Bedford, Texas 76021
(817) 268-0505
mark@markfrenchlaw.com

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

IN RE:                                                      CASE NO.: 21-41026-MXM-13

    **ERNESTO ALAMOS**                        CHAPTER 13
      14024 Wrangler Way
      Haslet, Texas 76052
      SSN/TIN: XXX-XX-5506

**DEBTOR**                                HEARING DATE: <u>December 16, 2021</u> at 8:30 AM

### DEBTOR'S MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION

*PLAN MODIFICATION* DATE: <u>November 22, 2021</u>

### DISCLOSURES

[_]   This *Plan Modification* contains *Nonstandard Provisions* listed in Section IX.
[X]   This *Plan Modification* does not contain *Nonstandard Provisions* listed in Section IX.

NO HEARING WILL BE CONDUCTED UNLESS A WRITTEN OBJECTION IS FILED WITH THE U.S. BANKRUPTCY CLERK AT ELDON B. MAHON U.S. COURTHOUSE 501 W. 10TH ST., RM. 147 FORT WORTH, TX 76102-3643 BEFORE CLOSE OF BUSINESS ON DECEMBER 13, 2021, WHICH IS AT LEAST 21 DAYS FROM THE DATE SERVED. ANY OBJECTION SHALL BE IN WRITING AND FILED WITH THE CLERK. IF AN OBJECTION IS TIMELY FILED, A HEARING MAY BE HELD WITH NOTICE ONLY TO THE OBJECTING PARTY. IF NO OBJECTION IS TIMELY FILED, THIS MODIFICATION SHALL BE DEEMED UNOPPOSED, AND THE COURT MAY ENTER AN ORDER APPROVING IT.

UNLESS OTHERWISE SET OUT IN THIS *PLAN MODIFICATION*, ALL PROVISIONS, SCHEDULED AMOUNTS, VALUATIONS, INTEREST RATES, MONTHLY PAYMENT AMOUNTS, AND ASSUMPTIONS OR REJECTIONS OF UNEXPIRED LEASES OR EXECUTORY CONTRACTS ("TERMS") ARE NOT MODIFIED AND SHALL REMAIN AS SET FORTH IN THE CHAPTER 13 *PLAN,* THE ORDER CONFIRMING THE CHAPTER 13 *PLAN*, THE ORDER APPROVING THE *TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS*, OR AN ORDER APPROVING A PRIOR MODIFICATION OF THE CHAPTER 13 *PLAN*, WHICHEVER WAS ENTERED LATER. ALL TERMS SHALL BE INCORPORATED IN AND CONSTITUTE PROVISIONS OF THIS *PLAN MODIFICATION.* ALL PARTIES SHALL BE BOUND BY THE TERMS OF THIS *PLAN MODIFICATION* UNLESS DISAPPROVED. LANGUAGE IN ITALICIZED TYPE IN THIS *PLAN MODIFICATION* IS DEFINED IN GENERAL ORDER <u>2021-05</u> STANDING ORDER CONCERNING CHAPTER 13 CASES AND AS IT MAY BE SUPERSEDED OR AMENDED ("GENERAL ORDER"). ALL PROVISIONS OF THE GENERAL ORDER SHALL APPLY TO THIS *PLAN MODIFICATION* AS IF FULLY SET OUT HEREIN.

    Pursuant to 11 U.S.C. §1329 *Debtor* requests the following modification(s) to the *Debtor's* Chapter 13 *Plan*.

**I.     REASON(S) FOR MODIFICATION**

X_____1. Cure *Plan* arrears to the *Trustee*.
X_____2. Provide for or modify treatment of a Secured (paragraph V) and/or Priority (paragraph VI) claim.
_____3. Provide for payment to the *Mortgage Lender* through the *Conduit Program* (paragraph III).
X_____4. Cure any post-petition *Mortgage Arrearage* (paragraph IV).
X_____5. Make *Plan* sufficient based on allowed claims.
_____6. Modify the Unsecured Creditors' Pool from $_____ to $_____.
_____7. Modify the value of non-exempt property from $_____ to $_____.
_____8. Supersede an Interlocutory Order (Docket #\_).
X_____9. Allow Debtor's counsel's fees for this modification (paragraph VII).
X_____10. Other: Address the Trustee's comments in Paragraph V of TRCC.


**II.     NEW *PLAN PAYMENT* TO *TRUSTEE* AMOUNT AND TERM**

DATE OF CALCULATION:     November 22, 2021

TOTAL PAID IN*:          $3,000.00

NUMBER OF MONTHS SINCE PETITION DATE:  7

*Provide the total amount paid to the *Trustee* as of the Date of Calculation less any refunds by the Trustee to the *Debtor*.

The *Plan Payment(s)* to the *Trustee* shall be changed to:

| Start Date for Payments under Modification** (MM/DD/YY) | Number of Periods | *Plan Payment* Monthly Amount |
|---|---|---|
| 11/29/2021 | 6 | $500.00 |
| 5/29/2021 | 48 | $591.00 |

NEW *BASE AMOUNT*: $34,350.00

***DEBTOR'S* NEW *PLAN PAYMENT* START DATE MAY NOT BE MORE THAN THIRTY (30) DAYS FROM THE DATE OF THIS *PLAN MODIFICATION* AND MUST BE THE SAME DAY OF THE MONTH THAT THE *DEBTOR'S PLAN PAYMENT* IS DUE UNDER THE CONFIRMED *PLAN*.

**III.     CURRENT POST-PETITION MORTGAGE PAYMENTS TO BE DISBURSED BY THE *TRUSTEE***

| *Mortgage Lender* | Current Mortgage Payment Amount | Date to Resume *Current Post-Petition Mortgage Payments** (MM/DD/YY) |
|---|---|---|
| NA | | |
| | | |

*IF THE *DEBTOR* DOES NOT INCLUDE A DATE TO RESUME THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* IN A CASE THAT IS A CONDUIT CASE AT THE TIME THIS *PLAN MODIFICATION* IS FILED, THE DATE TO RESUME DISBURSING THE *CURRENT POST-PETITION MORTGAGE PAYMENTS* SHALL BE THE

FIRST DAY OF THE SECOND MONTH FOLLOWING THE START DATE OF THE FIRST *PLAN PAYMENT* UNDER THIS *PLAN MODIFICATION*.

1. *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph III of this *Plan Modification* or as otherwise provided in the General Order.
2. *Current Post-Petition Mortgage Payment* Arrearages due as of the date to resume the *Current Post-Petition Mortgage Payments* shall be paid by the *Trustee* as set out in paragraph IV of this *Plan Modification* or as otherwise provided in the General Order.
3. Any *Current Post-Petition Mortgage Payments* indicated herein reflects what the *Debtor* believes are the periodic payment amounts owed to the *Mortgage Lender*.
4. Adjustment of the *Plan Payment* and *Base Amount* shall be calculated as set out in the General Order Paragraph 15(c)(3).
5. Payments received by the *Trustee* for payment of the *Debtor's Current Post-Petition Mortgage Payment(s)* shall be deemed adequate protection to the creditor.
6. Upon completion of all *Plan Payments*, *Debtor(s)* shall resume making the *Current Post-Petition Mortgage Payments* required by contract on the due date following the date specified in the *Trustee's* records as the date through which the *Trustee* made the last *Current Post-Petition Mortgage Payment*.
7. Unless otherwise ordered by the Court, if a *Conduit Debtor* is current on his/her *Plan Payments* or the payment(s) due pursuant to any wage directive, the *Mortgage Lender* shall be deemed current post-petition.
8. Each claim secured by the *Debtor's* principal place of residence shall constitute a separate class.
9. *Mortgage Lenders* shall retain their liens.

## IV. PROVIDE FOR ANY POST-PETITION *MORTGAGE ARREARAGE*

| *Mortgage Lender* | Total Amount of Post-Petition *Mortgage Arrearage* | Due Date(s) (MM/DD/YY) | Interest Rate | Treatment ($/Mo or Pro Rata) |
|---|---|---|---|---|
| Colonial Savings | $1,200.00 | | 0 | Pro-Rata |
| Colonial Savings | $228.05 | | 0 | Pro-Rata |

The Post-Petition *Mortgage Arrearage* shall be paid by the *Trustee* in the allowed amount and at the rate of interest, if any, set out in this *Plan Modification*. To the extent interest is provided, it will be calculated from the first day of the month that an order is entered approving this *Plan Modification*.

ANY CURRENT POST-PETITION *MORTGAGE PAYMENTS* WHICH HAVE BECOME DUE TO THE *MORTGAGE LENDER* AS OF THE TIME OF THE DATE TO RESUME *CURRENT POST-PETITION MORTGAGE PAYMENTS* UNDER THIS *PLAN MODIFICATION* WILL BE CLASSIFIED AS A POST-PETITION *MORTGAGE ARREARAGE*. IF DESIGNATED TO BE PAID PER-MO, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 5 CLAIM UNDER THE ORDER OF PAYMENT. IF DESIGNATED TO BE PAID PRO-RATA, SUCH POST-PETITION *MORTGAGE ARREARAGE* WILL BE PAID AS A LEVEL 6 CLAIM UNDER THE ORDER OF PAYMENT.

## V. PROVIDE FOR OR MODIFY TREATMENT OF SECURED CLAIMS

| Creditor Name | Claim Amount | Collateral Description | Value of Collateral | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|---|---|
| NA | | | | | |
| | | | | | |

The automatic stay shall be terminated and the *Trustee* shall cease disbursements on any secured claim which is secured by any *Surrendered Collateral* (Surr), without further order of the court, pursuant to the General Order.

## VI. PROVIDE FOR OR MODIFY TREATMENT OF PRIORITY CLAIMS

| Creditor Name | Claim Amount | Interest Rate | Treatment ($/Mo, Pro Rata, Direct, Surrender) |
|---|---|---|---|
| NA | | | |
| | | | |

## VII. *DEBTOR'S COUNSEL'S* FEE FOR THIS MODIFICATION

| Total Amount of Fee | Amount of Fee Paid Direct | Amount of Fee to Be Disbursed by *Trustee* |
|---|---|---|
| $650.00 | $0 | $650.00 |

Any additional attorney fee to be disbursed by the *Trustee* will be paid as set out in the Order of Payment.

## VIII. ORDER OF PAYMENT

Unless otherwise ordered by the Court, all claims and other disbursements made by the Chapter 13 *Trustee* after the entry of an Order of Confirmation of the Chapter 13 *Plan*, whether pursuant to this *Plan Modification* or a further modification thereof, will be paid in the order set out below, to the extent a creditor's claim is allowed or the disbursement is otherwise authorized. Each numbered paragraph below is a level of payment. All disbursements which are in a specified monthly amount are referred to as "per mo." At the time of any disbursement, if there are insufficient funds on hand to pay any per mo payment in full, claimant(s) with a higher level of payment shall be paid any unpaid balance owed on a per mo payment plus the current per mo payment owed to that same claimant, in full, before any disbursement to a claimant with a lower level of payment. If multiple claimants are scheduled to receive per mo payments within the same level of payment and there are insufficient funds to make those payments in full, available funds will be disbursed to the claimants within that level on a pro-rata basis. Claimants with a higher level of payment which are designated as receiving pro-rata payments shall be paid, in full, before any disbursements are made to any claimant with a lower level of payment.

1st – Clerk's Filing Fee and Trustee's Percentage Fee(s) and Noticing Fees will be paid in full.
2nd – *Current Post-Petition Mortgage Payments* (as adjusted, if necessary, per General Order) which will be paid per mo.
3rd – Secured Creditors designated to be paid per mo and Domestic Support Obligations which will be paid per mo.
4th – Attorney Fees which will be paid pro-rata.
5th – Post-Petition *Mortgage Arrearage* if designated to be paid per mo. 6th – Post-Petition *Mortgage Arrearage* if designated to be paid pro-rata.
7th – Arrearages owed on Executory Contracts and Unexpired Leases which will be paid per mo. 8th – Pre-Petition *Mortgage Arrearage* if designated to be paid per mo.
9th – Pre-Petition *Mortgage Arrearage* and Secured Creditors if designated to be paid pro-rata.
10th – All amounts allowed pursuant to a *Notice of Fees, Expenses and Charges* which will be paid pro-rata. 11th – Priority Creditors Other than Domestic Support Obligations which will be paid pro-rata.
12th – Special Class Creditors which will be paid per mo.
13th – Unsecured Creditors other than late filed or penalty claims which will be paid pro-rata.
14th – Late filed claims by Secured Creditors which will be paid pro-rata unless otherwise ordered by the Court. 15th – Late filed claims for DSO or filed by Priority Creditors which will be paid pro-rata.
16th – Late filed claims by Unsecured Creditors which will be paid pro-rata.
17th – Unsecured claims for a non-pecuniary penalty, fine, or forfeiture, or for multiple, exemplary or punitive damages, expressly including an IRS penalty to the date of the petition on unsecured and/or priority claims which will be paid pro-rata.

**IX. NONSTANDARD PROVISIONS**

Any *Nonstandard Provisions* will be void unless the appropriate box on page one of this *Plan Modification* is checked. The following *Nonstandard Provisions*, if any, constitute terms of this Plan. Any *Nonstandard Provision* placed elsewhere in the *Plan Modification* is void.

Date: November 22, 2021            Respectfully submitted,

By:    /s/ Mark B. French
       MARK B. FRENCH
       State Bar No. 07440600

       Law Office of Mark B. French
       1901 Central Drive, Suite 704
       Bedford, Texas 76021
       (817) 268-0505- Telephone
       (817) 796-1396- Facsimile
       mark@markfrenchlaw.com

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that a copy of the DEBTOR'S AMENDED MODIFICATION OF CHAPTER 13 PLAN AFTER CONFIRMATION (dated November 22, 2021) was served upon the Debtor(s) and the parties on the attached matrix by or under the direction of the undersigned by United States First Class Mail, postage paid, and electronically by the Clerk on all other parties entitled to electronic notice on the date of filing hereof.

Date Served: November 22, 2021

                                                                                         By: /s/ Mark B. French
                                                                                         MARK B. FRENCH

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-4<br>Case 21-41026-mxm13<br>Northern District of Texas<br>Ft. Worth<br>Mon Nov 22 15:34:04 CST 2021 | Colonial Savings, F.A.<br>c/o BDFTE, LLP<br>4004 Belt Line Rd Ste. 100<br>Addison, TX 75001-4320 | Northwest ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lisa Large Cockrell<br>2777 N. Stemmons Frwy<br>Suite 1000<br>Dallas, TX 75207-2328 |
| Tarrant County<br>Linebarger, Goggan, Blair & Sampson<br>c/o Lisa Cockrell<br>2777 N. Stemmons Frwy<br>Suite 100<br>Dallas, TX 75207-2502 | 501 W. Tenth Street<br>Fort Worth, TX 76102-3637 | SunTrust Bank now Truist Bank<br>Attn: Support Services<br>P.O. Box 85092<br>Richmond, VA 23286-0001 |
| ACAR Leasing LTD d/b/a GM Financial Leasing<br>P.O. Box 183853<br>Arlington, TX 76096-3853 | ACAR Leasing LTD d/b/a GM Financial Leasing<br>c/o Wilcox Law, PLLC<br>P.O. Box 201849<br>Arlington, TX 76006-1849 | Aes-goalfinc<br>Attn: Bankruptcy<br>PO Box 2461<br>Harrisburg, PA 17105-2461 |
| AmeriCredit-GM Financial<br>Attn: Bankruptcy<br>PO Box 183853<br>Arlington, TX 76096-3853 | American Express National Bank, AENB<br>c/o Zwicker and Associates, P.C.<br>Attorneys/Agents for Creditor<br>P.O. Box 9043<br>Andover, MA 01810-0943 | Amex<br>Correspondence-Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| BRACKETT & ELLIS<br>100 MAIN STREET<br>FORT WORTH TX 76102-3008 | CHEX SYSTEMS INC<br>ATTN: CONSUMER RELATIONS<br>7805 HUDSON ROAD STE 100<br>WOODBURY MN 55125-1703 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC 28272-1083 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Chris Mundt<br>Zwicker & Associates, PC<br>PO Box 168568<br>Irving, TX 75016-8568 |
| Citibank<br>Citicorp Credit Srvs-Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Colonial Savings & Loans<br>Attn Bankruptcy<br>PO Box 2988<br>Fort Worth, TX 76113-2988 | Colonial Savings, F.A.<br>2626 West Freeway<br>Fort Worth, TX 76102-7109 |
| Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>PO Box 3025<br>New Albany, OH 43054-3025 | Discover Personal Loans<br>Attn: Bankruptcy<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 |
| Discover Personal Loans<br>PO Box 30954<br>Salt Lake City, UT 84130-0954 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS-SBSE INSOLVENCY AREA 10<br>1100 COMMERCE STREET<br>MC 5026 DAL<br>DALLAS TX 75242-1001 |
| JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o Robertson, Anschutz & Schneid, P.L.<br>6409 Congress Avenue, Suite 100<br>Boca Raton, FL 33487-2853 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL<br>100 THROCKMORTON<br>SUITE 300<br>FORT WORTH TX 76102-2833 | LINEBARGER HEARD ET AL<br>2777 N. STEMMONS FREEWAY<br>SUITE 1000<br>DALLAS TX 75207-2328 |

| | | |
|---|---|---|
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | MS DONNA K. WEBB - AUSA<br>BURNETT PLAZA, SUITE 1700<br>801 CHERRY STREET, UNIT 4<br>FORT WORTH TX 76102-6882 | Mark B. French<br>Attorney at Law<br>1901 Central Drive, Suite 704<br>Bedford, TX 76021-5857 |
| Northwest ISD<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lisa Large Cockrell<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | PERDUE BRANDON FIELDER LLC<br>500 E. BORDER STREET, STE. 640<br>SUITE 300<br>ARLINGTON TX 76010-7457 | Pay Pal<br>2211 N. First St.<br>San Jose, CA 95131-2021 |
| Syncb-HH Gregg<br>Attn: Bankruptcy<br>PO Box 965060<br>Orlando, FL 32896-5060 | TAX DIVISION<br>US DEPARTMENT OF JUSTICE<br>717 N HARWOOD<br>SUITE 400<br>DALLAS TX 75201-6598 | Tarrant County<br>LINEBARGER GOGGAN BLAIR & SAMPSON, LLP<br>2777 N. Stemmons Fwy, Suite 1000<br>Dallas, TX 75207-2328 |
| Tarrant County<br>Linebarger Goggan Blair & Sampson, LLP<br>c/o Lisa Large Cockrell<br>2777 N. Stemmons Freeway<br>Suite 1000<br>Dallas, TX 75207-2328 | Trellis<br>PO Box83100<br>Round Rock, TX 78683-3100 | Truist<br>Mail Code VA-RVW-6290<br>PO Box 85092<br>Richmond, VA 23285-5092 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | UNITED STATES ATTORNEY<br>NORTHERN DISTRICT OF TEXAS<br>1100 COMMERCE STREET<br>ROOM 300<br>DALLAS TX 75242-1074 | UNITED STATES ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>RM B103<br>950 PENNSYLVANIA AVE, NW<br>WASHINGTON DC 20530-0001 |
| UNITED STATES TRUSTEE<br>1100 COMMERCE STREET<br>ROOM 976<br>DALLAS TX 75242-0996 | (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | VW Credit<br>1401 Franklin Credit<br>Libertyville, IL 60048 |
| Ernesto Alamos<br>14024 Wrangler Way<br>Haslet, TX 76052-3357 | Mark B. French<br>Law Office of Mark B. French<br>1901 Central Drive Suite 704<br>Bedford, TX 76021-5857 | Tim Truman<br>6851 N.E. Loop 820, Suite 300<br>N Richland Hills, TX 76180-6608 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>PO Box 15298<br>Wilmington, DE 19850 | (d)Internal Revenue Service<br>Special Procedures Staff<br>Mail Code 5020-DAL<br>1100 Commerce Street Room 9B8<br>Dallas, TX 75242 | US Bank<br>Attn: Bankruptcy<br>800 Nicollet Mall<br>Minneapolis, MN 55402 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)ACAR Leasing LTD d/b/a GM Financial Leasin | (d)ACAR Leasing Ltd. d/b/a GM Financial Leasi<br>P O Box 183853<br>Arlington, TX 76096-3853 | (d)United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 |

**End of Label Matrix**
**Mailable recipients**     50
**Bypassed recipients**      3
**Total**                   53