**Fill in this information to identify the case:**

Debtor 1        **ERNESTO ALAMOS**

Debtor 2
(Spouse, if filing)

Unites States Bankruptcy Court for the:   **Northern District of Texas**

(State)

Case Number   **21-41026-MXM**

# Official Form 410C13-N

# Trustee's Notice of Disbursements Made

12/25

**The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee.  Rule 3002.1(g)(1).**

| Part 1: | Mortgage Information |
|---|---|

**Name of claim holder:**   PNC BANK NATIONAL ASSOCIATION

**Court claim no.**  (if known):
12

**Last 4 digits** of any number you use to identify the debtor's account:     3   5   6   6

**Property Address:**     14024 WRANGLER WAY
Number        Street

HASLET                                                      TX        76052
City                                                             State     ZIP Code

| Part 2: | Statement of Completion |
|---|---|

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder may be accessed here: www.ndc.org or www.13Network.com.

| Part 3: | Arrearages |
|---|---|

|  | Amount |
|---|---|
| a.  Allowed amount of prepetition arrearage: | $ 228.05 |
| b.  Total amount of prepetition arrearage disbursed by the trustee: | $ 228.05 |
| c.  Total amount of postpetition arrearage disbursed by the trustee: | $ -0- |
| d.  Total amount of arrearages disbursed by the trustee: | $ 228.05 |

**Part 4:**   **Postpetition Payment**

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other:

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a.   Total amount of postpetition payments disbursed by the trustee as of date of notice:      $          -0-

b.   The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

**Part 5:**   **Postpetition Fees, Expenses, and Charges**

Amount of postpetition fees, expenses, and charges disbursed by the trustee:      $      1,200.00

**Part 6:**   **A Response Is Required By Bankruptcy Rule 3002.1(g)(3)**

**Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR .**

✗ /s/ Tim Truman _____       Date   05/05/2026
Signature

Trustee   Tim Truman _____
First Name        Middle Name        Last Name

Address   6851 N.E. Loop 820, Suite 300 _____
Number        Street

North Richland Hills _____ TX   76180-6608
City                           State   ZIP Code

Contact phone  (817) 770-8500 _____      Email  ftwecf@ch13ftw.com _____

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing "Trustee 's Notice of Disbursements Made" was served on the Debtor, the creditor/holder of the claim, the attorney for Debtor, the United States Trustee, and all Notice of Appearance parties in the manner listed below on or before 05/06/2026:

*/s/ Tim Truman*
_____

Tim Truman, Standing Chapter 13 TrusteeState Bar No. 20258000

**FIRST CLASS MAIL:**

ERNESTO ALAMOS, 14024 WRANGLER WAY, HASLET, TX  76052

PNC BANK NATIONAL ASSOCIATION, 3232 NEWMARK DR, MIAMISBURG, OH  45342

**ELECTRONIC SERVICE through the Court's ECF Service:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021

NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010

WILCOX LAW FIRM PLLC, PO BOX 201849, ARLINGTON, TX  76006

ACAR LEASING LTD, PO BOX 183853, ARLINGTON, TX  76096

LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219

BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD #100, ADDISON, TX  75001

United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242