**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**Telephone (817) 770-8500**
**Fax (817) 770-8508**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NO:21-41026-MXM** |
| | § | |
| **ERNESTO ALAMOS** | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE MARK X MULLIN** |
| | § | |
| **DEBTOR** | § | |
| | § | |

---

**NOTICE OF COMPLETION OF CHAPTER 13 PLAN PAYMENTS TO TRUSTEE**

---

According to the records of the Chapter 13 Trustee the Debtor has completed all payments to the Trustee under the confirmed chapter 13 plan.

Debtor has 21 days to file a Certification and Motion for Entry of the Chapter 13 Discharge, if eligible.

 /s/ Tim Truman
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing "Notice of Completion of Chapter 13 Plan Payments to Trustee" was served on the parties listed below in the manner listed below on or before 05/29/2026.

**BY FIRST CLASS MAIL:**

ERNESTO ALAMOS,  14024 WRANGLER WAY,  HASLET, TX  76052-0000

**ELECTRONIC SERVICE:**

MARK B FRENCH, 1901 CENTRAL DR STE 704, BEDFORD, TX  76021
NORRED LAW PLLC, 515 E BORDER, ARLINGTON, TX  76010
WILCOX LAW FIRM PLLC, PO BOX 201849, ARLINGTON, TX  76006
ACAR LEASING LTD, PO BOX 183853, ARLINGTON, TX  76096
LINEBARGER GOGGAN BLAIR & SAMPSON LLP, 3500 MAPLE AVE #800, DALLAS, TX  75219
BARRETT DAFFIN FRAPPIER TURNER AND ENGEL LLP, 4004 BELT LINE RD #100, ADDISON, TX  75001
United States Trustee, 1100 COMMERCE STREET, ROOM 976, DALLAS, TX  75242

/s/ Tim Truman
_____
Tim Truman, Trustee/State Bar # 20258000
Standing Chapter 13 Trustee