Clayton L. Everett
**NORRED LAW PLLC** | 515 E. Border St. | Arlington, TX 76011
Email: clayton@norredlaw.com | Telephone: (817) 704-3984
Attorney for Debtor

# United States Bankruptcy Court
## Northern District of Texas
Fort Worth Division

|  |  |
|---|---|
| **In re:**<br>**Ernesto Alamos**<br><br>**Debtor(s)** | **Case No. 21-41026-mxm**<br><br>**Chapter 13** |

## DEBTOR(S) CERTIFICATION AND
## MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE
## PURSUANT TO 11 U.S.C. § 1328(a)

The Debtor(s) move for entry of discharge under 11 U. S. C. § 1328(a) of the Bankruptcy Code.

1.  By signing below, the Debtor(s) certify under penalty of perjury under the laws of the United States of America that the following statements are true and correct:

A.  I have completed the personal financial management instructional course from an agency approved by the United States Trustee. See Docket No. 20.

B.  If I owe a debt arising from (a) any violation of any state or federal securities laws, regulations, or orders; (b) fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) a civil remedy under § 1964 of title 18; or (d) a criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years, then I have not claimed an exemption for my residence in an amount above $125,000.

C.  All amounts payable by me on a domestic support obligation, that are due through this date (including amounts due before the petition was filed in this case, but only to the extent provided for by the plan) have been paid.

D.  I have not received a discharge in a case filed under chapters 7, 11, or 12 of the Bankruptcy Code during the four years before the date that my petition was filed in this case.

E.  I have not received a discharge in a case filed under Chapter 13 of the Bankruptcy Code during the two years before the date that my petition was filed in this case.

F.  11 U. S. C. §522(q)(1) is not applicable to me. There is no proceeding pending in which I may be found guilty of a felony of the kind described in 11 U. S. C. §522(q)(1)(A) or liable for a debt of the kind described in 11 U. S. C. §522(q)(1)(B).

G. No civil case is pending against me alleging that I am liable for any (a) violation of the Federal securities laws, and State securities law, or any regulation or order issued under Federal securities laws or State securities laws; (b) fraud, deceit or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security; (c) civil remedy under § 1964 of title 18; or (d) criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding five years.

2.      I have made all payments required by my confirmed Chapter 13 plan.

Signed: _____
Ernesto Alamos,
Debtor

/s/ Clayton L. Everett
Clayton L. Everett, Texas Bar No. 24065212
**NORRED LAW PLLC**
Attorney for Debtor

## NOTICE

UNLESS A RESPONSE IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT BEFORE THE CLOSE OF BUSINESS TWENTY-ONE (21) DAYS FROM THE DATE OF SERVICE HEREOF, A HEARING MAY NOT BE CONDUCTED.

ANY RESPONSE MUST BE FILED WITH THE CLERK, AND A COPY MUST BE SERVED UPON COUNSEL FOR THE MOVING PARTY BEFORE THE DATE AND TIME SET FORTH HEREIN. IF A RESPONSE IS FILED, A HEARING WILL BE HELD WITH NOTICE TO (1) ANY PERSON TO WHOM A DEBTOR HAS BEEN ORDERED TO PAY SUPPORT (EITHER SPOUSAL SUPPORT OR CHILD SUPPORT), (2) THE CHAPTER 13 TRUSTEE, (3) THE UNITED STATES TRUSTEE, AND (4) ALL CREDITORS.

IF NO RESPONSE IS TIMELY FILED, THE RELIEF REQUESTED SHALL BE DEEMED TO BE UNOPPOSED, AND THE COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing certification and motion will be served on June 1, 2026, via electronic notice and United States First Class Mail to the Attached Mailing Matrix.

/s/ Clayton L. Everett

Label Matrix for local noticing
0539-4
Case 21-41026-mxm13
Northern District of Texas
Ft. Worth
Thu May 28 22:16:23 CDT 2026

(p)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

Northwest ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Lisa Large Cockrell
2777 N. Stemmons Frwy
Suite 1000
Dallas, TX 75207-2328

Tarrant County
Linebarger, Goggan, Blair & Sampson
c/o Lisa Cockrell
2777 N. Stemmons Frwy
Suite 100
Dallas, TX 75207-2502

501 W. Tenth Street
Fort Worth, TX 76102-3637

 SunTrust Bank now Truist Bank
Attn: Support Services
P.O. Box 85092
Richmond, VA 23286-0001

ACAR Leasing LTD d/b/a GM Financial Leasing
P.O. Box 183853
Arlington, TX 76096-3853

ACAR Leasing LTD d/b/a GM Financial Leasing
c/o Wilcox Law, PLLC
P.O. Box 201849
Arlington, TX 76006-1849

Aes-goalfinc
Attn: Bankruptcy
PO Box 2461
Harrisburg, PA 17105-2461

AmeriCredit-GM Financial
Attn: Bankruptcy
PO Box 183853
Arlington, TX 76096-3853

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence-Bankruptcy
PO Box 981540
El Paso, TX 79998-1540

BRACKETT & ELLIS
100 MAIN STREET
FORT WORTH  TX 76102-3008

CHEX SYSTEMS INC
ATTN:  CONSUMER RELATIONS
7805 HUDSON ROAD  STE 100
WOODBURY  MN 55125-1595

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Bank (USA), N.A.
by American InfoSource as agent
PO Box 71083
Charlotte, NC  28272-1083

Chase Card Services
Attn: Bankruptcy
PO Box 15298
Wilmington, DE 19850-5298

Chris Mundt
Zwicker & Associates, PC
PO Box 168568
Irving, TX 75016-8568

Citibank
Citicorp Credit Srvs-Centralized Bk dept
PO Box 790034
St Louis, MO 63179-0034

Colonial Savings & Loans
Attn Bankruptcy
PO Box 2988
Fort Worth, TX 76113-2988

Colonial Savings, F.A.
2626 West Freeway
Fort Worth, TX 76102-7109

Discover Bank
Discover Products Inc
PO Box 3025
New Albany OH 43054-3025

Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054-3025

Discover Personal Loans
Attn: Bankruptcy
PO Box 30954
Salt Lake City, UT 84130-0954

Discover Personal Loans
PO Box 30954
Salt Lake City, UT 84130-0954

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA  PA  19101-7346

IRS-SBSE INSOLVENCY AREA 10
1100 COMMERCE STREET
MC 5026 DAL
DALLAS  TX 75242-1001

JPMorgan Chase Bank, N.A.
s/b/m/t Chase Bank USA, N.A.
c/o Robertson, Anschutz & Schneid, P.L.
6409 Congress Avenue, Suite 100
Boca Raton, FL 33487-2853

LINEBARGER GOGGAN BLAIR SAMPSON ET AL
100 THROCKMORTON
SUITE 300
FORT WORTH  TX 76102-2833

LINEBARGER HEARD ET AL
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS  TX 75207-2328

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

MS DONNA K. WEBB - AUSA
BURNETT PLAZA, SUITE 1700
801 CHERRY STREET, UNIT 4
FORT WORTH  TX 76102-6803

Mark B. French
Attorney at Law
1901 Central Drive, Suite 704
Bedford, TX 76021-5857

Northwest ISD
Linebarger Goggan Blair & Sampson, LLP
c/o Lisa Large Cockrell
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

PERDUE BRANDON FIELDER LLC
500 E. BORDER STREET, STE. 640
SUITE 300
ARLINGTON  TX  76010-7457

(p)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

Pay Pal
2211 N. First St.
San Jose, CA 95131-2021

Syncb-HH Gregg
Attn: Bankruptcy
PO Box 965060
Orlando, FL 32896-5060

TAX DIVISION
US DEPARTMENT OF JUSTICE
717 N HARWOOD
SUITE 400
DALLAS  TX 75201-6598

Tarrant County
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. Stemmons Fwy, Suite 1000
Dallas, TX 75207-2328

Tarrant County
Linebarger Goggan Blair & Sampson, LLP
c/o Lisa Large Cockrell
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207-2328

Trellis
PO Box83100
Round Rock, TX 78683-3100

Truist
Mail Code VA-RVW-6290
PO Box 85092
Richmond, VA 23285-5092

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
ROOM 300
DALLAS  TX 75242-1074

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
RM B103
950 PENNSYLVANIA AVE, NW
WASHINGTON  DC  20530-0001

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS  TX 75242-0996

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

VW Credit
1401 Franklin Credit
Libertyville, IL 60048

Clayton Everett
515 East Border St.
Ste 163
76010
Arlington, TX 76010-7402

Ernesto Alamos
14024 Wrangler Way
Haslet, TX 76052-3357

Tim Truman
6851 N.E. Loop 820, Suite 300
N Richland Hills, TX 76180-6608

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Colonial Savings, F.A.
c/o BDFTE, LLP
4004 Belt Line Rd Ste. 100
Addison, TX 75001

(d)Internal Revenue Service
Special Procedures Staff
Mail Code 5020-DAL
1100 Commerce Street Room 9B8
Dallas, TX 75242

PNC Bank, N.A.
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

US Bank
Attn: Bankruptcy
800 Nicollet Mall
Minneapolis, MN 55402

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)ACAR Leasing LTD d/b/a GM Financial Leasin          (u)PNC Bank, N.A.          (d)ACAR Leasing Ltd. d/b/a GM Financial Leasi
                                                                                 P O Box 183853
                                                                                 Arlington, TX 76096-3853

(d)United States Trustee          End of Label Matrix
1100 Commerce Street              Mailable recipients    51
Room 976                          Bypassed recipients     4
Dallas, TX 75242-0996             Total                  55