UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

Ernesto Alamos

CASE NO: 21-41026-mxm

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 13
ECF Docket Reference No. 53

---

On 6/3/2026, I did cause a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 53

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/3/2026

/s/ Clayton L. Everett
Clayton L. Everett

Norred Law, PLLC
515 E. Border Street
Arlington, TX 76010
817-704-3984
angela@norredlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

IN RE:

Ernesto Alamos

CASE NO: 21-41026-mxm

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 13
ECF Docket Reference No. 53

On 6/3/2026, a copy of the following documents, described below,

Debtor's Certification and Motion for Entry of Chapter 13 Discharge ECF Docket Reference No. 53

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/3/2026

_Victoria Blake_

Victoria Blake
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Clayton L. Everett
Norred Law, PLLC
515 E. Border Street
Arlington, TX  76010

**(The following pages contain parties served via First Class USPS Mail Service unless stated otherwise.)**

(P)PNC BANK RETAIL LENDING
P O BOX 94982
CLEVELAND OH 44101-4982

TAX DIVISION
US DEPARTMENT OF JUSTICE
717 N HARWOOD
SUITE 400
DALLAS TX 75201-6598

TRELLIS
PO BOX83100
ROUND ROCK, TX 78683-3100

UNITED STATES ATTORNEY
NORTHERN DISTRICT OF TEXAS
1100 COMMERCE STREET
ROOM 300
DALLAS TX 75242-1074

(P)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

ERNESTO ALAMOS
14024 WRANGLER WAY
HASLET, TX 76052-3357

U.S. BANK NA DBA ELAN FINANCIAL SERVICES
BANKRUPTCY DEPARTMENT
PO BOX 108
SAINT LOUIS MO 63166-0108

UNITED STATES TRUSTEE
1100 COMMERCE STREET
ROOM 976
DALLAS TX 75242-0996

MS DONNA K. WEBB - AUSA
BURNETT PLAZA, SUITE 1700
801 CHERRY STREET, UNIT 4
FORT WORTH TX 76102-6803

PERDUE BRANDON FIELDER LLC
500 E. BORDER STREET, STE. 640
SUITE 300
ARLINGTON TX 76010-7457

SYNCB-HH GREGG
ATTN: BANKRUPTCY
PO BOX 965060
ORLANDO, FL 32896-5060

TARRANT COUNTY
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
2777 N. STEMMONS FWY, SUITE 1000
DALLAS, TX 75207-2328

TRUIST
MAIL CODE VA-RVW-6290
PO BOX 85092
RICHMOND, VA 23285-5092

UNITED STATES ATTORNEY GENERAL
DEPARTMENT OF JUSTICE
RM B103
950 PENNSYLVANIA AVE, NW
WASHINGTON DC 20530-0001

VW CREDIT
1401 FRANKLIN CREDIT
LIBERTYVILLE, IL 60048

TIM TRUMAN
6851 N.E. LOOP 820, SUITE 300
N RICHLAND HILLS, TX 76180-6608

PAY PAL
2211 N. FIRST ST.
SAN JOSE, CA 95131-2021

LVNV FUNDING, LLC
RESURGENT CAPITAL SERVICES
PO BOX 10587
GREENVILLE, SC 29603-0587

NORTHWEST ISD
LINEBARGER GOGGAN BLAIR & SAMPSON, LLP
C/O LISA LARGE COCKRELL
2777 N. STEMMONS FRWY
SUITE 1000
DALLAS, TX 75207-2328

SUNTRUST BANK NOW TRUIST BANK
ATTN: SUPPORT SERVICES
P.O. BOX 85092
RICHMOND, VA 23286-0001

AES-GOALFINC
ATTN: BANKRUPTCY
PO BOX 2461
HARRISBURG, PA 17105-2461

CAPITAL ONE
ATTN: BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285

CHRIS MUNDT
ZWICKER & ASSOCIATES, PC
PO BOX 168568
IRVING, TX 75016-8568

COLONIAL SAVINGS, F.A.
2626 WEST FREEWAY
FORT WORTH, TX 76102-7109

DISCOVER PERSONAL LOANS
ATTN: BANKRUPTCY
PO BOX 30954
SALT LAKE CITY, UT 84130-0954

IRS-SBSE INSOLVENCY AREA 10
1100 COMMERCE STREET
MC 5026 DAL
DALLAS TX 75242-1001

LINEBARGER HEARD ET AL
2777 N. STEMMONS FREEWAY
SUITE 1000
DALLAS TX 75207-2328

(P)BARRETT DAFFIN FRAPPIER TURNER & ENGEL LL
4004 BELT LINE ROAD SUITE 100
ADDISON TX 75001-4320

501 W. TENTH STREET
FORT WORTH, TX 76102-3637

ACAR LEASING LTD D/B/A GM FINANCIAL LEASING
C/O WILCOX LAW, PLLC
P.O. BOX 201849
ARLINGTON, TX 76006-1849

AMERICAN EXPRESS NATIONAL BANK, AENB
C/O ZWICKER AND ASSOCIATES, P.C.
ATTORNEYS/AGENTS FOR CREDITOR
P.O. BOX 9043
ANDOVER, MA 01810-0943

CHEX SYSTEMS INC
ATTN: CONSUMER RELATIONS
7805 HUDSON ROAD STE 100
WOODBURY MN 55125-1595

CHASE CARD SERVICES
ATTN: BANKRUPTCY
PO BOX 15298
WILMINGTON, DE 19850-5298

COLONIAL SAVINGS & LOANS
ATTN BANKRUPTCY
PO BOX 2988
FORT WORTH, TX 76113-2988

DISCOVER FINANCIAL
ATTN: BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054-3025

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
P O BOX 7346
PHILADELPHIA PA 19101-7346

CASE INFO

LINEBARGER GOGGAN BLAIR SAMPSON ET AL
100 THROCKMORTON
SUITE 300
FORT WORTH TX 76102-2833

JPMORGAN CHASE BANK, N.A.
S/B/M/T CHASE BANK USA, N.A.
C/O ROBERTSON, ANSCHUTZ & SCHNEID, P.L
6409 CONGRESS AVENUE, SUITE 100
BOCA RATON, FL 33487-2853

LABEL MATRIX FOR LOCAL NOTICING
0539-4
CASE 21-41026-MXM13
NORTHERN DISTRICT OF TEXAS
FT. WORTH
THU MAY 28 22:16:23 CDT 2026

TARRANT COUNTY
LINEBARGER, GOGGAN, BLAIR & SAMPSON
C/O LISA COCKRELL
2777 N. STEMMONS FRWY
SUITE 100
DALLAS, TX 75207-2502

ACAR LEASING LTD D/B/A GM FINANCIAL LEASING
P.O. BOX 183853
ARLINGTON, TX 76096-3853

AMERICREDIT-GM FINANCIAL
ATTN: BANKRUPTCY
PO BOX 183853
ARLINGTON, TX 76096-3853

BRACKETT & ELLIS
100 MAIN STREET
FORT WORTH TX 76102-3008

CAPITAL ONE BANK (USA), N.A.
BY AMERICAN INFOSOURCE AS AGENT
PO BOX 71083
CHARLOTTE, NC 28272-1083

CITIBANK
CITICORP CREDIT SRVS-CENTRALIZED BK DEPT
PO BOX 790034
ST LOUIS, MO 63179-0034

DISCOVER BANK
DISCOVER PRODUCTS INC
PO BOX 3025
NEW ALBANY OH 43054-3025

AMEX
CORRESPONDENCE-BANKRUPTCY
PO BOX 981540
EL PASO, TX 79998-1540