United States Bankruptcy Court

Northern District of Texas

| | |
|---|---|
| In re: | Case No. 21-41026-mxm |
| Ernesto  Alamos | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0539-4 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 12, 2026 | Form ID: pdf016 | Total Noticed: 44 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19413534 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 19406425 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19406429 | + | Chris Mundt, Zwicker & Associates, PC, PO Box 168568, Irving, TX 75016-8568 |
| 19406440 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19406439 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19406442 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19406447 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: ernestoalamos@icloud.com | Jun 13 2026 01:57:00 | Ernesto Alamos, 14024 Wrangler Way, Haslet, TX 76052-3357 |
| 19411367 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2026 02:24:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 19406422 | + | Email/Text: bncnotifications@pheaa.org | Jun 13 2026 02:21:00 | Aes-goalfinc, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 19406423 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 13 2026 02:24:00 | AmeriCredit-GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 19414997 | + | Email/Text: bkfilings@zwickerpc.com | Jun 13 2026 02:52:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 19406424 | + | Email/PDF: bncnotices@becket-lee.com | Jun 13 2026 02:30:24 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19406428 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 13 2026 02:51:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19406426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:54 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 19462556 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2026 01:59:54 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19406427 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2026 01:59:51 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19406430 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2026 02:29:23 | Citibank, Citicorp Credit Srvs-Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |

District/off: 0539-4                          User: admin                                    Page 2 of 4

Date Rcvd: Jun 12, 2026                       Form ID: pdf016                                Total Noticed: 44

| | | | |
|---|---|---|---|
| 19406431 | + Email/Text: bankruptcydesk@colonialsavings.com | Jun 13 2026 02:51:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 19464117 | + Email/Text: bankruptcydesk@colonialsavings.com | Jun 13 2026 02:51:00 | Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 19412032 | Email/Text: mrdiscen@discover.com | Jun 13 2026 02:20:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 19406432 | + Email/Text: mrdiscen@discover.com | Jun 13 2026 02:20:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19406433 | + Email/Text: dplbk@discover.com | Jun 13 2026 02:51:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19410829 | + Email/Text: dplbk@discover.com | Jun 13 2026 02:51:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19406435 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 13 2026 02:23:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19431526 | + Email/Text: RASEBN@raslg.com | Jun 13 2026 02:20:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19406437 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19406438 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19467738 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 13 2026 02:30:02 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19417631 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | Northwest ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 23103608 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 13 2026 02:20:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 19406441 | + Email/Text: recovery@paypal.com | Jun 13 2026 02:19:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19412537 | + Email/Text: bankruptcy@bbandt.com | Jun 13 2026 02:24:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 19406443 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 13 2026 01:59:04 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19406445 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 13 2026 02:20:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19406444 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | Tarrant County, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, 2777 N. Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| 19417632 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 13 2026 02:50:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 19415851 | Email/Text: bkyelectnotices@trelliscompany.org | Jun 13 2026 02:51:00 | Trellis, PO Box83100, Round Rock, TX 78683-3100 |
| 19406446 | + Email/Text: bankruptcy@bbandt.com | Jun 13 2026 02:24:00 | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 19464488 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |

| District/off: 0539-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 12, 2026 | Form ID: pdf016 | Total Noticed: 44 |

|  |  | Jun 13 2026 02:50:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
|---|---|---|---|
| 19406448 | ^  MEBN | | |
|  |  | Jun 13 2026 01:59:37 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19406449 | +  Email/Text: ustpregion06.da.ecf@usdoj.gov | | |
|  |  | Jun 13 2026 02:47:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19406450 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | | |
|  |  | Jun 13 2026 02:50:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 19406451 | Email/Text: vci.bkcy@vwcredit.com | | |
|  |  | Jun 13 2026 02:50:00 | VW Credit, 1401 Franklin Credit, Libertyville, IL 60048 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19414766 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 19406434 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Staff, Mail Code 5020-DAL, 1100 Commerce Street Room 9B8, Dallas, TX 75242 |
| 19406436 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2026                   Signature:            /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Colonial Savings  F.A. abbey.dreher@bonialpc.com |
| Clayton Everett | on behalf of Debtor Ernesto Alamos clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| Dominique M. Varner | on behalf of Creditor PNC Bank  N.A. dvarner@hwa.com |
| John R. Callison | on behalf of Creditor Colonial Savings  F.A. ndecf@bdfgroup.com |
| Lisa Large Evans | on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com |

District/off: 0539-4                              User: admin                                   Page 4 of 4
Date Rcvd: Jun 12, 2026                        Form ID: pdf016                               Total Noticed: 44

Lisa Large Evans
                  on behalf of Creditor Northwest ISD Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Pam Bassel (NRH)
                  officeadmin@ch13ftw.com

Paul K. Kim
                  on behalf of Creditor Colonial Savings  F.A. ndecf@BDFGROUP.com

Rachael Swernofsky
                  on behalf of Creditor Colonial Savings  F.A. NDECF@bdfgroup.com, staplin@mwzmlaw.com;litigationfilings@mwzmlaw.com

Stephen Wilcox
                  on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing kraudry@wilcoxlaw.net
                  swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

Tim Truman
                  ftworthchapter13trustee-ecf@ch13ftw.com

United States Trustee
                  ustpregion06.da.ecf@usdoj.gov


TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**FT WORTH DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| THE RESIGNATION OF | § | ALL PENDING CHAPTER 13 CASES |
| CHAPTER 13 TRUSTEE | § | ASSIGNED TO TRUSTEE TIM TRUMAN |
| TIM TRUMAN AND | § | |
| NOTICE OF APPOINTMENT OF | § | |
| SUCCESSOR CHAPTER 13 TRUSTEE | § | |
| PAM BASSEL | § | |

**UNITED STATES TRUSTEE'S NOTICE OF APPOINTMENT OF**
**<u>SUCCESSOR CHAPTER 13 STANDING TRUSTEE</u>**

NOTICE IS HEREBY GIVEN THAT:

1. Tim Truman, Chapter 13 Standing Trustee, ("Trustee Truman") has resigned from all of his Northern District of Texas cases effective 11:59 p.m. on June 4, 2026.

2. The United States Trustee, having accepted Trustee Truman's resignation, has appointed, under 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, Pam Bassel as the successor Chapter 13 Standing Trustee ("Pam Bassel, Chapter 13 Trustee") for the Northern District of Texas, Ft. Worth Division, effective June 5, 2026, in all of Trustee Truman's open chapter 13 cases. (All of Trustee Truman's open chapter 13 cases are defined as "Truman Open Chapter 13 Cases.")

3. Effective June 5, 2026, the United States Trustee, in accordance with 28 U.S.C. § 586(b) and 11 U.S.C. §§ 325 and 1302, has transferred and assigned all Truman Open Chapter 13 Cases, to:

Pam Bassel, Trustee
Office of the Standing Chapter 13 Trustee
6851 N.E. Loop 820, Ste. 300
North Richland Hills, TX 76180

1

4.  The bond for Pam Bassel, Chapter 13 Trustee, is fixed under the general blanket bond authorized by the United States Trustee under 11 U.S.C. § 322 and Fed. R. Bankr. P. 2010(a).

5.  In accordance with Fed. R. Bankr. P. 2012(b), Pam Bassel, Chapter 13 Trustee, as the successor Chapter 13 Standing Trustee in Truman's Open Chapter 13 Cases, shall prepare, file, and transmit to the Court and the United States Trustee, a separate accounting of the prior administration of each of Truman's Open Chapter 13 Cases within 30 days of the effective date of the transfer of each case.

SIGNED this the 9th day of June.

LISA L. LAMBERT
UNITED STATES TRUSTEE
REGION 6
NORTHERN AND EASTERN DISTRICTS OF TEXAS

By: */s/ Lisa L. Lambert*
    Lisa L. Lambert
    United States Trustee
    Texas State Bar No. 11844250
    1100 Commerce, Room 976
    Phone: (214) 767-8967

2