United States Bankruptcy Court

Northern District of Texas

In re:                                                                                    Case No. 21-41026-mxm

Ernesto  Alamos                                                                Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4                          User: admin                                  Page 1 of 4

Date Rcvd: Jun 25, 2026                       Form ID: pdf013                              Total Noticed: 47

The following symbols are used throughout this certificate:

**Symbol        Definition**

+               Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^               Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 27, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19413534 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 19406425 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19406429 | + | Chris Mundt, Zwicker & Associates, PC, PO Box 168568, Irving, TX 75016-8568 |
| 19406440 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19406439 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19406442 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19406447 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: ernestoalamos@icloud.com | Jun 25 2026 22:21:00 | Ernesto Alamos, 14024 Wrangler Way, Haslet, TX 76052-3357 |
| cr | | Email/Text: BNCnotices@bdfgroup.com | Jun 25 2026 22:22:00 | Colonial Savings, F.A., c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | Northwest ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | Tarrant County, Linebarger, Goggan, Blair & Sampson, c/o Lisa Cockrell, 2777 N. Stemmons Frwy, Suite 100, Dallas, TX 75207-2502 |
| 19411367 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 22:23:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 19406422 | + | Email/Text: bncnotifications@pheaa.org | Jun 25 2026 22:22:00 | Aes-goalfinc, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 19406423 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jun 25 2026 22:23:00 | AmeriCredit-GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 19414997 | + | Email/Text: bkfilings@zwickerpc.com | Jun 25 2026 22:24:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 19406424 | + | Email/PDF: bncnotices@becket-lee.com | Jun 25 2026 22:34:09 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19406428 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jun 25 2026 22:24:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19406426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 22:33:50 | Capital One, Attn: Bankruptcy, PO Box 30285, |

District/off: 0539-4                                User: admin                                          Page 2 of 4

Date Rcvd: Jun 25, 2026                             Form ID: pdf013                                      Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 19462556 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 25 2026 22:33:50 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19406427 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jun 25 2026 22:34:06 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19406430 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 25 2026 22:33:57 | Citibank, Citicorp Credit Srvs-Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 19406431 | + Email/Text: bankruptcydesk@colonialsavings.com | Jun 25 2026 22:24:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 19464117 | + Email/Text: bankruptcydesk@colonialsavings.com | Jun 25 2026 22:24:00 | Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 19412032 | Email/Text: mrdiscen@discover.com | Jun 25 2026 22:22:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 19406432 | + Email/Text: mrdiscen@discover.com | Jun 25 2026 22:22:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19406433 | + Email/Text: dplbk@discover.com | Jun 25 2026 22:24:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19410829 | + Email/Text: dplbk@discover.com | Jun 25 2026 22:24:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19406435 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 25 2026 22:23:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19431526 | + Email/Text: RASEBN@raslg.com | Jun 25 2026 22:22:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19406437 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19406438 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19467738 | Email/PDF: resurgentbknotifications@resurgent.com | Jun 25 2026 22:33:55 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19417631 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | Northwest ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 23103608 | Email/Text: Bankruptcy.Notices@pnc.com | Jun 25 2026 22:22:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 19406441 | + Email/Text: recovery@paypal.com | Jun 25 2026 22:21:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19412537 | + Email/Text: bankruptcy@bbandt.com | Jun 25 2026 22:23:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 19406443 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jun 25 2026 22:34:24 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19406445 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jun 25 2026 22:22:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19406444 | + Email/Text: dallas.bankruptcy@LGBS.com | Jun 25 2026 22:23:00 | Tarrant County, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, 2777 N. Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| 19417632 | + Email/Text: dallas.bankruptcy@LGBS.com | | |

District/off: 0539-4                                    User: admin                                    Page 3 of 4

Date Rcvd: Jun 25, 2026                          Form ID: pdf013                          Total Noticed: 47

| | | Jun 25 2026 22:23:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
|---|---|---|---|
| 19415851 | Email/Text: bkyelectnotices@trelliscompany.org | Jun 25 2026 22:24:00 | Trellis, PO Box83100, Round Rock, TX 78683-3100 |
| 19406446 | + Email/Text: bankruptcy@bbandt.com | Jun 25 2026 22:23:00 | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 19464488 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 25 2026 22:23:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 19406448 | ^ MEBN | Jun 25 2026 22:18:26 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19406449 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jun 25 2026 22:23:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19406450 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jun 25 2026 22:23:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 19406451 | Email/Text: vci.bkcy@vwcredit.com | Jun 25 2026 22:23:00 | VW Credit, 1401 Franklin Credit, Libertyville, IL 60048 |

TOTAL: 40

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19414766 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 19406434 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Staff, Mail Code 5020-DAL, 1100 Commerce Street Room 9B8, Dallas, TX 75242 |
| 19406436 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2026                          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 25, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Colonial Savings  F.A. abbey.dreher@bonialpc.com |
| Clayton Everett | |

District/off: 0539-4                          User: admin                                   Page 4 of 4

Date Rcvd: Jun 25, 2026                       Form ID: pdf013                               Total Noticed: 47

                 on behalf of Debtor Ernesto Alamos clayton@norredlaw.com
                 clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
                 com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Dominique M. Varner

                 on behalf of Creditor PNC Bank  N.A. dvarner@hwa.com

John R. Callison

                 on behalf of Creditor Colonial Savings  F.A. ndecf@bdfgroup.com

Lisa Large Evans

                 on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Lisa Large Evans

                 on behalf of Creditor Northwest ISD Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Pam Bassel (NRH)

                 341docs@ch13ftw.com

Paul K. Kim

                 on behalf of Creditor Colonial Savings  F.A. ndecf@BDFGROUP.com

Rachael Swernofsky

                 on behalf of Creditor Colonial Savings  F.A. NDECF@bdfgroup.com, staplin@mwzmlaw.com;litigationfilings@mwzmlaw.com

Stephen Wilcox

                 on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing kraudry@wilcoxlaw.net
                 swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

United States Trustee

                 ustpregion06.da.ecf@usdoj.gov

TOTAL: 11



CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed June 25, 2026**

United States Bankruptcy Judge

---

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

| | | |
|---|---|---|
| **IN RE:** | § | **CASE NUMBER: 21-41026-MXM** |
| | § | |
| **ERNESTO ALAMOS, SSN xxx-xx-5506** | § | **CHAPTER 13** |
| | § | |
| | § | **JUDGE Mark X Mullin** |
| | § | |
| | § | |

---

**ORDER DISCHARGING DEBTOR AFTER COMPLETION
OF CHAPTER 13 PLAN**

---

The court finds that the debtor filed a petition under Title 11, United States Code, on April 29, 2021, that the debtor's plan has been confirmed, and that the debtor has completed all payments under the plan.

**IT IS THEREFORE ORDERED THAT**

1. Pursuant to 11 U.S.C. Section 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. Section 502, except any debt:

   a. provided for under 11 U.S.C. Section 1322(b)(5) on which the last payment is due after the date on which the final payment under the plan was due;

   b. for an unsecured claim of a governmental unit for a tax required to be collected or withheld and for which the debtor is liable in whatever capacity, as specified in 11 U.S.C. Section 507(a)(8)(C);

   c. for a tax or a custom duty with respect to which a return, or equivalent report or notice, if required, was not filed or given; or was filed or given after the date on which such return, report, or notice was last due, under applicable law or under any extension, and after two years before the date of the filing of the petition, as specified in 11 U.S.C. Section 523(a)(1)(B);

d.  for a tax or a custom duty with respect to which the debtor made a fraudulent return or willfully attempted in any manner to evade or defeat such tax, as specified in 11 U.S.C. 523(a)(1)(C);

e.  for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition; use of a statement in writing that is materially false, respecting the debtor's or an insider's financial condition; on which the creditor to whom the debtor is liable for such money, property, services, or credit reasonably relied; and that the debtor caused to be made or published with intent to deceive, as specified in 11 U.S.C Section 523(a)(2);

f.  neither listed nor scheduled under 11 U.S.C. Section 521(1) of this title, with the name, if known to the debtor, of the creditor to whom such debt is owed, in time to permit, if such debt is not of a kind specified in paragraph (2), (4), or (6) of 11 U.S.C. Section 523(a), timely filing of a proof of claim, unless such creditor had notice or actual knowledge of the case in time for such timely filing; or if such debt is of a kind in paragraph (2), (4), or (6) of 11 U.S.C. Section 523(a), timely filing of a proof of claim and timely request for a determination of dischargeability of such debt under one of such paragraphs, unless such creditor had notice or actual knowledge of the case in time for such timely filing and request, as specified in 11 U.S.C 523 (a)(3);

g.  for fraud or defalcation while acting in a fiduciary capacity, embezzlement, or larceny, as specified in 11 U.S.C. 523(a)(4);

h.  for a domestic support obligation, as specified in 11 U.S.C. Section 523(a)(5);

i.  for an educational benefit overpayment or loan made, insured, or guaranteed by a governmental unit, or made under any program funded in whole or in part by a governmental unit or nonprofit institution, or an obligation to relay funds received as an educational benefit, scholarship or stipend; or any other educational loan that is a qualified educational loan, as defined in section 221(d)(1) of the Internal Revenue Code of 1986, incurred by a debtor who is an individual, as specified in 11 U.S.C. Section 523(a)(8);

j.  for a death or personal injury caused by the debtor's unlawful operation of a motor vehicle, vessel, or aircraft if such operation was unlawful because the debtor was intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. Section 523 (a)(9);

k.  for restitution or a criminal fine included in a sentence on the debtor's (s') conviction of a crime; or restitution, or damages, awarded in a civil action against the debtor;

l.  for restitution, or damages, awarded in a civil action against the debtor as a result of willful or malicious injury by the debtor that caused personal inury to an individual or the death of an individual.

2.  Pursuant to 11 U.S.C. Section 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. Section 1305(a)(2) if prior approval by the Trustee of the debtor's incurring such debt was practicable and was not obtained.

3.  Notwithstanding the provisions of Title 11, United States Code, the debtor is not discharged from any debt made non-dischargeable by 18 U.S.C. Section 3613(e), by certain provisions of titles 10, 37, 38, 42, and 50 of the United States Code, or by any other applicable provision of law.

4.  All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

**# # # End of Order # # #**

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtor personally . For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtor personally on discharged debts. Creditors cannot contact the debtor by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtor damages and attorney's fees .

However, a creditor with a lien may enforce a claim against the debtor's' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or respossess an automobile .

This order does not prevent debtors from paying any debt voluntarily . 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse , even if that spouse did not file a bankruptcy case.