United States Bankruptcy Court

Northern District of Texas

In re:

Ernesto  Alamos

    Debtor

Case No. 21-41026-mxm

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0539-4 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Jul 07, 2026 | Form ID: pdf013 | Total Noticed: 47 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 09, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 19413534 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, c/o Wilcox Law, PLLC, P.O. Box 201849, Arlington, TX 76006-4727 |
| 19406425 | + | BRACKETT & ELLIS, 100 MAIN STREET, FORT WORTH TX 76102-3008 |
| 19406429 | + | Chris Mundt, Zwicker & Associates, PC, PO Box 168568, Irving, TX 75016-8568 |
| 19406440 | + | MS DONNA K. WEBB - AUSA, BURNETT PLAZA, SUITE 1700, 801 CHERRY STREET, UNIT 4, FORT WORTH TX 76102-6803 |
| 19406439 | + | Mark B. French, Attorney at Law, 1901 Central Drive, Suite 704, Bedford, TX 76021-5857 |
| 19406442 | | PERDUE BRANDON FIELDER LLC, 500 E. BORDER STREET, STE. 640, SUITE 300, ARLINGTON TX 76010-7457 |
| 19406447 | + | UNITED STATES ATTORNEY, NORTHERN DISTRICT OF TEXAS, 1100 COMMERCE STREET, ROOM 300, DALLAS TX 75242-1074 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| db | + | Email/PDF: ernestoalamos@icloud.com | Jul 07 2026 23:18:00 | Ernesto Alamos, 14024 Wrangler Way, Haslet, TX 76052-3357 |
| cr | | Email/Text: BNCnotices@bdfgroup.com | Jul 07 2026 23:18:00 | Colonial Savings, F.A., c/o BDFTE, LLP, 4004 Belt Line Rd Ste. 100, Addison, TX 75001 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | Northwest ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Frwy, Suite 1000, Dallas, TX 75207-2328 |
| cr | + | Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | Tarrant County, Linebarger, Goggan, Blair & Sampson, c/o Lisa Cockrell, 2777 N. Stemmons Frwy, Suite 100, Dallas, TX 75207-2502 |
| 19411367 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 07 2026 23:19:00 | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 19406422 | + | Email/Text: bncnotifications@pheaa.org | Jul 07 2026 23:18:00 | Aes-goalfinc, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 19406423 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Jul 07 2026 23:19:00 | AmeriCredit-GM Financial, Attn: Bankruptcy, PO Box 183853, Arlington, TX 76096-3853 |
| 19414997 | + | Email/Text: bkfilings@zwickerpc.com | Jul 07 2026 23:21:00 | American Express National Bank, AENB, c/o Zwicker and Associates, P.C., Attorneys/Agents for Creditor, P.O. Box 9043, Andover, MA 01810-0943 |
| 19406424 | + | Email/PDF: bncnotices@becket-lee.com | Jul 07 2026 23:27:43 | Amex, Correspondence-Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 19406428 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Jul 07 2026 23:20:00 | CHEX SYSTEMS INC, ATTN: CONSUMER RELATIONS, 7805 HUDSON ROAD STE 100, WOODBURY MN 55125-1595 |
| 19406426 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 23:27:14 | Capital One, Attn: Bankruptcy, PO Box 30285, |

District/off: 0539-4                          User: admin                                    Page 2 of 4

Date Rcvd: Jul 07, 2026                       Form ID: pdf013                          Total Noticed: 47

| | | | |
|---|---|---|---|
| | | | Salt Lake City, UT 84130-0285 |
| 19462556 | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 07 2026 23:27:14 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 19406427 | + Email/PDF: ais.chase.ebn@aisinfo.com | Jul 07 2026 23:27:14 | Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850-5298 |
| 19406430 | + Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 07 2026 23:53:12 | Citibank, Citicorp Credit Srvs-Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 19406431 | + Email/Text: bankruptcydesk@colonialsavings.com | Jul 07 2026 23:20:00 | Colonial Savings & Loans, Attn Bankruptcy, PO Box 2988, Fort Worth, TX 76113-2988 |
| 19464117 | + Email/Text: bankruptcydesk@colonialsavings.com | Jul 07 2026 23:20:00 | Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |
| 19412032 | Email/Text: mrdiscen@discover.com | Jul 07 2026 23:18:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany OH 43054-3025 |
| 19406432 | + Email/Text: mrdiscen@discover.com | Jul 07 2026 23:18:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 19406433 | + Email/Text: dplbk@discover.com | Jul 07 2026 23:20:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19410829 | + Email/Text: dplbk@discover.com | Jul 07 2026 23:20:00 | Discover Personal Loans, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 19406435 | Email/Text: sbse.cio.bnc.mail@irs.gov | Jul 07 2026 23:19:00 | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, P O BOX 7346, PHILADELPHIA PA 19101-7346 |
| 19431526 | + Email/Text: RASEBN@raslg.com | Jul 07 2026 23:18:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 19406437 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | LINEBARGER GOGGAN BLAIR SAMPSON ET AL, 100 THROCKMORTON, SUITE 300, FORT WORTH TX 76102-2833 |
| 19406438 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | LINEBARGER HEARD ET AL, 2777 N. STEMMONS FREEWAY, SUITE 1000, DALLAS TX 75207-2328 |
| 19467738 | Email/PDF: resurgentbknotifications@resurgent.com | Jul 07 2026 23:27:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 19417631 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | Northwest ISD, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
| 23103608 | Email/Text: Bankruptcy.Notices@pnc.com | Jul 07 2026 23:18:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg OH 45342 |
| 19406441 | + Email/Text: recovery@paypal.com | Jul 07 2026 23:18:00 | Pay Pal, 2211 N. First St., San Jose, CA 95131-2021 |
| 19412537 | + Email/Text: bankruptcy@bbandt.com | Jul 07 2026 23:19:00 | SunTrust Bank now Truist Bank, Attn: Support Services, P.O. Box 85092, Richmond, VA 23286-0001 |
| 19406443 | + Email/PDF: ais.sync.ebn@aisinfo.com | Jul 07 2026 23:27:40 | Syncb-HH Gregg, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 19406445 | + Email/Text: TAX-CTS-Southwestern.BankruptcyMail@usdoj.gov | Jul 07 2026 23:18:00 | TAX DIVISION, US DEPARTMENT OF JUSTICE, 717 N HARWOOD, SUITE 400, DALLAS TX 75201-6598 |
| 19406444 | + Email/Text: dallas.bankruptcy@LGBS.com | Jul 07 2026 23:20:00 | Tarrant County, LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, 2777 N. Stemmons Fwy, Suite 1000, Dallas, TX 75207-2328 |
| 19417632 | + Email/Text: dallas.bankruptcy@LGBS.com | | |

District/off: 0539-4                        User: admin                                    Page 3 of 4

Date Rcvd: Jul 07, 2026                     Form ID: pdf013                         Total Noticed: 47

| | | Jul 07 2026 23:20:00 | Tarrant County, Linebarger Goggan Blair & Sampson, LLP, c/o Lisa Large Cockrell, 2777 N. Stemmons Freeway, Suite 1000, Dallas, TX 75207-2328 |
|---|---|---|---|
| 19415851 | Email/Text: bkyelectnotices@trelliscompany.org | Jul 07 2026 23:20:00 | Trellis, PO Box83100, Round Rock, TX 78683-3100 |
| 19406446 | + Email/Text: bankruptcy@bbandt.com | Jul 07 2026 23:19:00 | Truist, Mail Code VA-RVW-6290, PO Box 85092, Richmond, VA 23285-5092 |
| 19464488 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 07 2026 23:20:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis MO 63166-0108 |
| 19406448 | ^ MEBN | Jul 07 2026 23:19:44 | UNITED STATES ATTORNEY GENERAL, DEPARTMENT OF JUSTICE, RM B103, 950 PENNSYLVANIA AVE, NW, WASHINGTON DC 20530-0001 |
| 19406449 | + Email/Text: ustpregion06.da.ecf@usdoj.gov | Jul 07 2026 23:19:00 | UNITED STATES TRUSTEE, 1100 COMMERCE STREET, ROOM 976, DALLAS TX 75242-0996 |
| 19406450 | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Jul 07 2026 23:20:00 | US Bank, Attn: Bankruptcy, 800 Nicollet Mall, Minneapolis, MN 55402 |
| 19406451 | Email/Text: vci.bkcy@vwcredit.com | Jul 07 2026 23:20:00 | VW Credit, 1401 Franklin Credit, Libertyville, IL 60048 |

TOTAL: 40

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 19414766 | *+ | ACAR Leasing Ltd. d/b/a GM Financial Leasing, P O Box 183853, Arlington, TX 76096-3853 |
| 19406434 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Special Procedures Staff, Mail Code 5020-DAL, 1100 Commerce Street Room 9B8, Dallas, TX 75242 |
| 19406436 | *+ | IRS-SBSE INSOLVENCY AREA 10, 1100 COMMERCE STREET, MC 5026 DAL, DALLAS TX 75242-1001 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 09, 2026                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Colonial Savings  F.A. abbey.dreher@bonialpc.com |
| Clayton Everett | |

District/off: 0539-4                          User: admin                                    Page 4 of 4

Date Rcvd: Jul 07, 2026                       Form ID: pdf013                          Total Noticed: 47

        on behalf of Debtor Ernesto Alamos clayton@norredlaw.com
        clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.
        com;norredlawpllc@jubileebk.net;kailey@norredlaw.com

Dominique M. Varner

        on behalf of Creditor PNC Bank  N.A. dvarner@hwa.com

John R. Callison

        on behalf of Creditor Colonial Savings  F.A. ndecf@bdfgroup.com

Lisa Large Evans

        on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Lisa Large Evans

        on behalf of Creditor Northwest ISD Lisa.Evans@lgbs.com  Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com

Pam Bassel (NRH)

        341docs@ch13ftw.com

Paul K. Kim

        on behalf of Creditor Colonial Savings  F.A. ndecf@BDFGROUP.com

Rachael Swernofsky

        on behalf of Creditor Colonial Savings  F.A. NDECF@bdfgroup.com, staplin@mwzmlaw.com;litigationfilings@mwzmlaw.com

Stephen Wilcox

        on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing kraudry@wilcoxlaw.net
        swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com

United States Trustee

        ustpregion06.da.ecf@usdoj.gov


TOTAL: 11

**OFFICE OF THE STANDING CHAPTER 13 TRUSTEE**
**6851 N.E. LOOP 820, SUITE 300**
**NORTH RICHLAND HILLS, TEXAS  76180-6608**
**(817) 770-8500**
**FAX (817) 770-8508**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## FORT WORTH DIVISION

In Re:                                                     Case No: 21-41026-MXM

    ERNESTO ALAMOS


    Debtor

---

### NOTICE OF FILING OF FINAL REPORT AND ACCOUNT BY TRUSTEE

---

Notice is hereby given pursuant to 11 U.S.C. 350 and Bankruptcy Rule 5009 that Pam Bassel, Chapter 13 Trustee, has filed a Final Report and Account in the above styled and numbered case certifying that the estate has been fully administered.  The Final Report and Account is on file with the CLERK OF THE BANKRUPTCY COURT, 128 U.S. Courthouse, 10th and Lamar Street, Fort Worth, Texas  76102-3643 and is available for review.  A summary of the report is as follows:

| | |
|---|---:|
| Total Receipts | $34,418.00 |
| Administrative Disbursements  * | $7,260.01 |
| Debtor Refund Disbursements | $406.00 |
| Secured Disbursements | $1,428.05 |
| Priority Disbursements | $16,037.22 |
| Unsecured Disbursements | $9,286.72 |

\* Includes Attorney Fees, Notice Fees, Trustee Fees and Clerk's Fees

| | |
|---|---:|
| Total Disbursements | $34,418.00 |

Notice is further given that unless an objection is filed by the United States Trustee or a party in interest within 30 days of service of this notice, the Court may declare that the bankruptcy estate has been fully administered, and that the Trustee should be discharged and further liability on said Trustee's bond with respect to this case can be terminated.


July 06, 2026                                      /s/ Pam Bassel

                                              Pam Bassel, Standing Chapter 13 Trustee