United States Bankruptcy Court

Northern District of Texas

In re: Case No. 21-41026-mxm

Ernesto Alamos Chapter 13

Debtor

# CERTIFICATE OF NOTICE

District/off: 0539-4 User: admin Page 1 of 2

Date Rcvd: Nov 05, 2026 Form ID: trc Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 07, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 19464117 | + | Email/Text: bankruptcydesk@colonialsavings.com | Nov 05 2026 21:49:00 | Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102-7109 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Abbey Ulsh Dreher | on behalf of Creditor Colonial Savings F.A. abbey.dreher@bonialpc.com |
| Clayton Everett | on behalf of Debtor Ernesto Alamos clayton@norredlaw.com clayton.norredlaw.com@recap.email;warren@norredlaw.com;anorred@norredlaw.com;angela@norredlaw.com;norredbk@gmail.com;norredlawpllc@jubileebk.net;kailey@norredlaw.com |
| John R. Callison | on behalf of Creditor Colonial Savings F.A. ndecf@bdfgroup.com |
| Lisa Large Evans | on behalf of Creditor Northwest ISD Lisa.Evans@lgbs.com Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com |

| | |
|---|---|
| Lisa Large Evans | on behalf of Creditor Tarrant County Lisa.Evans@lgbs.com Dora.Casiano-Perez@lgbs.com;lisa.evans@ecf.courtdrive.com |
| Paul K. Kim | on behalf of Creditor Colonial Savings F.A. ndecf@BDFGROUP.com |
| Rachael Swernofsky | on behalf of Creditor Colonial Savings F.A. NDECF@bdfgroup.com, staplin@mwzmlaw.com;litigationfilings@mwzmlaw.com |
| Stephen Wilcox | on behalf of Creditor ACAR Leasing LTD d/b/a GM Financial Leasing kraudry@wilcoxlaw.net swilcoxndtx@wilcoxlaw.net;krw77@sbcglobal.net;kraudry@ecf.inforuptcy.com |
| Tim Truman | ftworthchapter13trustee-ecf@ch13ftw.com |
| United States Trustee | ustpregion06.da.ecf@usdoj.gov |

TOTAL: 10

**2100 B (12/15)**

# United States Bankruptcy Court

Northern District of Texas
Case No. 21-41026-mxm13
Chapter 13

In re: Debtor(s) (including Name and Address)

Ernesto Alamos
14024 Wrangler Way
Haslet TX 76052

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. __________ was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 12/23/2025.

Name and Address of Alleged Transferor:

Claim No. 12: Colonial Savings, F.A., 2626 West Freeway, Fort Worth, TX 76102

Name and Address of Transferee:

PNC Bank, N.A.
Attn: Bankruptcy
3232 Newmark Drive
Miamisburg OH 45342

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 11/07/26

Robert P Colwell
CLERK OF COURT